UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                       :

COACH, INC.,

                       :

        Plaintiff,

                       :

    -against-

                       :

SPECIALTY METALS SMELTERS, ET AL.,

                       :

        Defendants.
------------------------------------------------------------X

ORDER
09 Civ. 2502 (JGK)(KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/09

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that the settlement conference scheduled previously for

November 10, 2009, at 3:00 p.m., shall commence on the same date, at 2:30 p.m., in courtroom

20A, 500 Pearl St., New York, New York.

Dated: New York, New York
      October 22, 2009

SO ORDERED:

_Kevin Nathaniel Fox_

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE